```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS


DIRECT T.V.
                    Plaintiff          CIVIL ACTION
                                       NO. 03-12292-MLW
          V.

PAUL O'NEIL et al
                    Defendants



                CANCELLATION/RESCHEDULING NOTICE


WOLF,  D.J.
```

PLEASE TAKE NOTICE that the SCHEDULING CONFERENCE scheduled for **SEPTEMBER 23, 2004 at 4:00 p.m.** has been RESCHEDULED TO **SEPTEMBER 23, 2004 at 2:45 p.m.**

TONY ANASTAS, CLERK

August 25, 2004                     By: /s/ Dennis O'Leary
Date                                     Deputy Clerk

Notice mailed to:

(notice.frm - 10/96)                                      [ntchrgcnf.]