UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT T.V., )<br>　　　　Plaintiff(s) )<br> )<br>v. )<br> )<br>EDWARD REYNOLDS, )<br>　　　　Defendant(s) ) | C.A. No.  03-12293-MLW |

SETTLEMENT ORDER OF DISMISSAL

WOLF, D.J.

　　　　The Court having been advised on September 21, 2004 by counsel for the plaintiff that the above-captioned action settled:

　　　　It is hereby ORDERED that this action is hereby DISMISSED without prejudice to reconsideration and possible reopening if within 60 days of this Order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

　　　　If no such motion is filed within 60 days of this Order, the case may only be reopened upon a meritorious motion pursuant to Fed. R. Civ. P. 60. See Pratt v. Philbrock, 109 F.3d 18 (1st Cir. 1997).

　　　　　　　　　　　　　　　　　　　　　　　　　By the Court:
　　　　　　　　　　　　　　　　　　　　　　　　　Tony Anastas, Clerk

September 30, 2004　　　　　　　　　　　　　　　/s/Dennis O'Leary
Date　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk